IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DOUGLAS SPECTOR, et. al., | § § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-00-2649 |
| NORWEIGAN CRUISE LINE LIMITED, D/B/A/ NORWEIGAN CRUISE LINE | § § § § | |
| Defendant. | § | |

## ORDER OF DISMISSAL

Pursuant to the Joint Stipulation for Dismissal filed by Plaintiffs and Defendant, the above-styled action is hereby dismissed with prejudice, each party to bear its own costs.

Signed this 22nd day of October, 2008.

JOHN D. RAINEY
UNITED STATES DISTRICT JUDGE